Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

__Southern__ District of __Georgia__

__Brunswick__ Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2021 FEB 12  P 1:38
CLERK __Casbell__
SO. DIST. OF GA.

__Dante G. Fredrick__ )
                     )   Case No. 2:21-cv-16
                     )   _(to be filled in by the Clerk's Office)_
*Plaintiff(s)*       )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )  42 U.S.C. 1983
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
                     )
-v-                  )
                     )
                     )
__Nurse Green__      )
                     )
*Defendant(s)*       )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Dante G. Fredrick
All other names by which you have been known: N/A
ID Number: 970418
Current Institution: Glynn County Detention Center
Address: 100 Sulphur Springs Rd
Brunswick, GA 31520
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Nurse Green
Job or Title *(if known)*: Nurse
Shield Number: Unknown
Employer: Glynn County Detention Center
Address: 100 Sulphur Springs Rd
Brunswick, GA 31520
City / State / Zip Code
[x] Individual capacity  [ ] Official capacity

Defendant No. 2
Name:
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City / State / Zip Code
[ ] Individual capacity  [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name
Job or Title *(if known)*
Shield Number
Employer
Address

City          State          Zip Code
☐ Individual capacity    ☐ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Shield Number
Employer
Address

City          State          Zip Code
☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The right to be free from Retailiation, and to have medical treatment, and to be free from from Neglet

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Nurse Green is an employee at the Glynn County Detention Center and is legally an County officer.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

①

Since May 1, 2020 Plaintiff has been experiecing

Sleep deprivation, sore throat, choking in sleep, loss of breath and constant trouble breathing.

(2)

All while housed at the Glynn County Detention Center and under the medical care of Dr. Gunderson and his nurses.

(3)

The beginning of January, 2021 I was taken to Lung Doctor, Name DR. Suddeth.

(4)

Plaintiff was told he has sleep acnia but had to do sleep study & test first.

(5)

Days went by, weeks went by and plaintiff was not provided the sleep study belt.

(6)

Plaintiff requested on kiosks that medical staff can DR. Suddeth's office to get sleep study belt.

(7)

But even doe DR. Gunderson gave his nurses orders to check on the sleep study belt. No Nurse followed directives.

(8)

Plaintiff asked Defendant Green several times on several occasions to please call for his sleep study belt.

(9)

Defendant Green continuously lied repeated stating the matter was taken care of.

(10)

Plaintiff must do sleep study in order to recieve C-paps machine for breathing at night.

(11)

Covid-19 virus is spreading heavily throughout the Jail and is a ~~~~ respritory ~~~~ virus.

(12)

Defendant Green is legally responsible for calling, and setting appointments, and inquires on medical issues.

(13)

On 2-9-21 Defendant Green came to plaintiffs cell in a aggressive manner and locked plaintiff down to cell restriction.

(14)

Soley because plaintiff had his family and lawyer friend call DRS office and schedule pick up for the Sleep Study belt.

(15)

Defendant Green failed to do her job and medically neglected plaintiff's need for a medical breathing machine.

## Claims for relief

(16)
Defendant Green Denied plaintiff medical treatment and violating 8th US. Const Amendment.

(17)
Defendant Greene Violated the 8th Amendment by cruel and unusual punishment of retaliation.

(18)
Defendant Green Violated 8th Amendment by deliberate indifference against plaintiff.

C. What date and approximate time did the events giving rise to your claim(s) occur?

All indicated in "B" of this section

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

All indicated in "B" of this section

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Wherefore, Plaintiff respectfully requests:
① $120,000 in Compensatory Damages against Defendant
② $120,000 in Punitive Damages against Defendant
③ Termination of Employee upon favorable Judgement of Plaintiff, ④ Jury trial on all issues.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Glynn County Detention Center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Glynn County Detention Center Kiosk

2. What did you claim in your grievance?

   All Claims

   Nurse Green was Directed to do her Job and Failed to do so.

3. What was the result, if any?

   Follow Procedure.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   N/A

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[✓] Yes

[ ] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

I have alot of cases Can't remember all.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes
    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/10/21

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Dane G. Fredted
Prison Identification #: 9-10418
Prison Address: 100 Sulphur Springs Rd
Brunswick, GA 2156
  City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
  City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

# Declaration

I declare under penalty of perjury the foregoing is true and correct. Persuant 28 USC. 1746

# Certificate of Service

I certify that I have mailed a true and correct copy to the following:

① Clerk
P.O. Box 1636
Butts, GA 31812

② Nurse Green
100 Sulphur Springs Rd
Butts, GA 31810

2/10/21

Dante G. Fredrick
970418
G.C.D.C.
100 Sulphur Springs Rd
Butts, GA 31810

Dante G. Fredrick
#470418
G.C.D.C.
100 Sulphur Springs Rd
Brunswick, GA 31520

GLYNN COUNTY DETENTION CENTER
Mailed by an inmate incarcerated in a Detention Facility

Clerk of Federal Court
P.O. Box 1636
801 Gloucester St.
Brunswick, GA 31520



7020 0640 0000 8036 5694
CERTIFIED MAIL



$8.05
US POSTAGE
FIRST-CLASS
062S00550903
31520

Certified legal mail

INSPECTED