# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ASAAD AMIR HASUAN, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-16 |
| v. | * | |
| NURSE LINDSEY GREEN, | * | |
| Defendant. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 29. Defendant did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** Defendant's Motion to Dismiss. Plaintiff's claim against Defendant remains pending. The Court **LIFTS** the previously imposed stay, dkt. no. 13, and **DIRECTS** the Clerk of Court to issue an amended scheduling notice.

**SO ORDERED**, this 25 day of August, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)